# Affidavit of Process Server

## UNITED STATES DISTRICT COURT

Bakke, Kathryn vs Karmen & Michaels Financial Group, LLC, etc., et al.   Case Number: 0:14-cv-04868-ADM-BRT

I **Samuel White**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

**Party Served:** Karmen & Michaels Financial Group, LLC, a/k/a K & M Group, a/k/a KM & Associates
**BY SERVING:** Ashley Speyer - Client Rep - Authorized to Accept

| Age: 25 | Weight: 180 | Hair: Brown | Sex: female |
| Height: 5'8 | Eyes: Green | Skin: White | Marks: |

**Documents Served:** Summons in a Civil Action; First Amended Complaint with Demand for Jury Trial

**Served at Place of Business:** Paracorp Incorporated: 2804 Gateway Oaks Dr., Ste. 200, Sacramento, CA 95833

Date Served: 01/22/2015     Time of Service: 03:01 pm

**Manner of Service:**

[X] **PERSONAL SERVICE:** By personally delivering copies to the person being served.

[ ] **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

[ ] **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

[ ] **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

[ ] **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

[ ] Unknown at Address     Moved, Left no Forwarding     Service Cancelled by Litigant     Unable to serve in a Timely Fashion
Address Does Not Exist    Other:

▶ *Sam White* (signature)
SIGNATURE OF PROCESS SERVER