# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KATHRYN BAKKE,<br><br>   Plaintiff,<br><br>vs.<br><br>KARMEN & MICHAELS FINANCIAL GROUP, LLC<br>a/k/a K & M GROUP a/k/a KM & ASSOCIATES,<br>and CORBIN ROMANO,<br><br>   Defendants. | Civil Action No.:<br>**0:14-cv-04868-ADM-BRT** |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, through undersigned counsel and pursuant to Rule 41 (a)(1)(A)(i) F.R.C.P., hereby gives notice of voluntary dismissal of the above-captioned case with prejudice.

                     **KIRSCHER LAW FIRM, PA**

Dated: March 30, 2015.     By: s/ Bradley Kirscher    .
                      Bradley Kirscher, Esq. (#318528)
                      Attorney for the Plaintiff
                      2489 Rice Street
                      Suite 75
                      Roseville, MN 55113
                      Phone: (651) 209-8440
                      Fax: (866) 880-6386